UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ANTHONY GUERRA,

        Plaintiff,

  -against-

MACKENZIE AUTOMATIC DOORS, INC.,

        Defendants.
------------------------------------------------------------------ x

15-CV-3333 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED.

Dated:  New York, New York
     November 10, 2015

            _____
            ANDREW L. CARTER, JR.
            United States District Judge